**James L. McFARLAND, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 74497.**

Missouri Court of Appeals,
Western District.

Oct. 9, 2012.

Mark Grothoff, Columbia, MO, for Appellant.

John Grantham, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

James McFarland appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).